JEFFERSON TRUST COMPANY, in liquidation, et al., respondents,

*v.*

LOUIS FEINSTEIN et al., appellants.

[Decided May 11th, 1938.]

*Mr. Richard Doherty,* for the respondent.

*Messrs. Lichtenstein, Schwartz & Friedenberg,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan and reported in *122 N. J. Eq. 188*.

*For affirmance*—CASE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ. 7.

*For reversal*—PARKER, BODINE, HEHER, RAFFERTY, WALKER, JJ. 6.